**Electronically Filed
Supreme Court
SCEC-22-0000518
19-SEP-2022
12:16 PM
Dkt. 16 ODMR**

SCEC-22-0000518

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JAY DEE PENN, Plaintiff,

vs.

STATE OF HAWAI'I, OFFICE OF ELECTIONS, Defendant.

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the motion for reconsideration of the September 6, 2022 Findings of Fact, Conclusions of Law, and Judgment, which was timely filed on September 14, 2022 by Plaintiff Jay Dee Penn, and the record in this matter, the court has not overlooked or misapprehended points of law or fact. See Hawai'i Rules of Appellate Procedure Rule 40(b). Accordingly, it is ordered that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, September 19, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

